# WOLFF & SAMSON PC
## COUNSELLORS AT LAW
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
TELECOPIER: 973-325-1501

NEW YORK OFFICE:
140 BROADWAY
FORTY-SIXTH FLOOR
NEW YORK, NEW YORK 10005
212-973-0572

WWW.WOLFFSAMSON.COM

DAVID SAMSON
ARTHUR S. GOLDSTEIN*
ARMEN SHAHINIAN*
BRADLEY M. CAMPBELL
THOMAS R. O'BRIEN*
GAGE ANDRETTA*
DANIEL A. SCHWARTZ*
KAREN L. GILMAN
KENNETH N. LAPTOOK*
FREDRIC P. LAVINTHAL
DAVID M. HYMAN*
DAVID L. SCHLOSSBERG
ROGER J. BREENE
DAVID N. RAVIN*
BERNARD S. DAVIS
HOWARD J. SCHWARTZ*
PAUL M. COLWELL
ROBERT E. NIES
MORRIS BIENENFELD*
DENNIS M. TOFT
JEFFREY M. GUSSOFF*
JOHN F. CASEY

JAMES D. FERRUCCI
JOHN M. SIMON
JOHN A. McKINNEY, JR.
STEPHEN L. FERSZT*
LAURENCE M. SMITH
WILLIAM E. GOYDAN*
DARRYL WEISSMAN*
PETER E. NUSSBAUM
LORI GRIFA*
MICHELLE A. SCHAAP
ADAM K. DERMAN
ADAM P. FRIEDMAN*
MITCHELL S. BERKEY*
CATHERINE P. WELLS
JONATHAN BONDY*
SEAN M. AYLWARD
DANIEL M. MURPHY*
ROBERT H. CRESPI*
JUNIE HAHN*
JOSEPH TRIPODI*
JILL D. ROSENBERG*
JOHN O. LUKANSKI*

AARON D. BASSAN
ROXANNA E. HAMMETT
LAUREN M. O'SULLIVAN
JOSEPH ZAWILA
HOWARD K. UNIMAN*
STEVEN S. KATZ*
JUNE S. MELLER*
BARBARA B. MANAHAN
ANDREW S. KENT*
ERIC J. LEVINE*
DORIT F. KRESSEL*
JOSEPH MONAGHAN
STEPHEN G. CORDARO*
WARREN BARROWS*
LAURIE J. SANDS*

LINDA D. SULLIVAN*
JENNIFER R. JACOBUS
JOSHUA M. LEE
KAREN L. SHAMIR
TODD W. TERHUNE
SHANNON L. KEIM
MARGARET O'ROURKE WOOD
DENISE J. PIPERSBURGH*
RUSSEL D. FRANCISCO*
NICOLE F. DIMARIA
DANIEL T. McKILLOP
SCOTT E. LINSKY*
DAVID M. DUGAN*
KATHRYN E. SONG*
KIRAN V. SOMASHEKARA*
ELIZABETH J. MAZZA
LORYN M. LAWSON*
RACHEL C. MAIO*
XAVIER M. BAILLIARD
SCOTT J. GOLDSTEIN*
MELISSA A. SALIMBENE*
JONATHAN L. CASSADY
NICOLE K. MARTIN
MICHAEL C. D'ARIES*
NANCY A. DEL PIZZO*
DARREN GRZYB*
BETH J. ROTENBERG*
DANIEL A. PRUPIS
DEEPA A. KAIREN*
BRIAN KANTAR*
ELIZABETH C. YOO
PETER D. SIMON
JOSHUA M. LEVY*
PATRICIA D. CLEARY*

COUNSEL

CARL B. LEVY
RHONDA CARNIOL*
BARBARA S. HUTCHEON
ANDREW D. ELLIS
KLAUS P. STOFFEL*
STEPHEN M. ASPERO*
STEPHEN A. KISKER*
DAVID E. WOLFF*

OF COUNSEL

JOSEPH A. DICKSON
DONNA M. EREM
CARLOS G. MANALANSAN
MYRNA BLUME
DANIEL D. BARNES*
RONALD L. ISRAEL*
WILLIAM R. FINIZIO
DIANA L. BUONGIORNO
THOMAS J. TRAUTNER*

WRITER'S E-MAIL:
pcleary@wolffsamson.com
WRITER'S DIRECT DIAL:
973-530-2152
WRITER'S TELECOPIER:
973-530-2352


RECEIVED
SEP 14 2007
CHAMBERS OF
WILLIAM C. CONN

*MEMBER NJ AND NY BARS
*MEMBER NJ AND NY BARS
*MEMBER PA AND NY BARS
*MEMBER NY BAR ONLY
*MEMBER PA BAR ONLY
'REGISTERED PATENT ATTORNEY

MARTIN L. WIENER (1942 - 2002)

**ORIGINAL**

PLEASE REPLY TO WEST ORANGE

September 12, 2007


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

The Honorable William C. Connor, U.S.D.J.
United States Courthouse
Southern District of New York
300 Quarropas Street, Room 630
White Plains, New York 10601

    Re: **Town of Greenburgh v. Spectraserv, Inc. and Liberty Mutual Insurance Company**
          Case No: 07-CV-6966

Dear Judge Connor:

    This firm represents defendants Spectraserv, Inc. and Liberty Mutual Insurance Company in the above captioned matter. In accordance with my discussion with your law clerk Tim, please accept this letter extending time to answer, file a motion or appear in the above captioned matter on behalf of defendants to October 5, 2007. As I discussed with your law clerk, the Town of Greenburgh has agreed to the extension.

    Thank you for your consideration.

                            Respectfully,

                            PATRICIA D. CLEARY

E-
COPIES MAILED TO COUNSEL OF RECORD for TI
+ MAILED TO AS' COUNSEL

**WOLFF & SAMSON** PC

The Honrable William C. Connor, U.S.D.J.
**September 12, 2007**
Page 2

cc:    Darryl Weissman, Esq.
        Ira Schulman, Esq.

```
Request Granted.
SO ORDERED.
Dated:   White Plains, NY
         September 19, 2007
```

          /s/ William C. Conner
WILLIAM C. CONNER, Senior U.S.D.J.