UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOWN OF GREENBURGH,<br><br>Plaintiff,<br><br>vs.<br><br>SPECTRASERV, INC., and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 07-CV-6966 (WCC)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for defendants Spectraserv, Inc. and Liberty Mutual Insurance Company (both nongovernmental corporate parties) certifies that neither defendant has any parent corporation, and that no publicly held corporation owns 10% or more of its stock, except:

Liberty Mutual Holding Company is the parent company of defendant Liberty Mutual Insurance Company.

**WOLFF & SAMSON, PC**
Attorneys for Defendants Spectraserv, Inc. and
Liberty Mutual Insurance Company

By _____
DARRYL WEISSMAN (DW-7369)
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052
973-325-1500

Dated: October 5, 2007

1093537.1