UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
TOWN OF GREENBURGH,                                Civil Action No.

                  Plaintiff,                        07-CV-6966 (WCC)

   - against -                                         **REPLY**

SPECTRASERV, INC., AND LIBERTY MUTUAL
INSURANCE COMPANY,

                  Defendants.
------------------------------------------------------------------------ X

      Plaintiff, Town of Greenburgh, by its attorneys, Mazur, Carp & Rubin, P.C., for its Reply to the defendants' counterclaim, respectfully alleges as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the paragraph of the Counterclaim marked and numbered 28.

2. Admits the allegations set forth in the paragraphs of the Counterclaim marked and numbered 29 and 30.

3. Denies the allegations set forth in the paragraphs of the Counterclaim marked and numbered 31, 32, 33, 34, 35, 36, 37, 38 and 39.

**WHEREFORE,** Plaintiff demands judgment dismissing the Counterclaim together with costs and disbursements.

Dated:    New York, New York
October 25, 2007

                                                MAZUR, CARP & RUBIN, P.C.

                                                By:_____
                                                   IRA M. SCHULMAN (IS-8452)
                                              Attorneys for Town of Greenburgh
                                              1250 Broadway
                                              New York, New York 10001
                                              Tel. (212) 686-7700

To:

Wolff & Samson, PC
One Boland Drive
West Orange, NJ 07052
973.325.1500

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
TOWN OF GREENBURGH,

                      Plaintiff,

- against -

SPECTRASERV., INC. AND LIBERTY MUTUAL INSURANCE
COMPANY,

                      Defendants.
------------------------------------------------------------------------------- X

Civil Action No.

07-CV-6966 (WCC)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

        NINA LOS, being duly sworn, deposes and says:

        1. I am not a party to this action. I am over 18 years of age and I reside in Brooklyn, New York.

        2. On the 25th day of October, 2007, I served the within REPLY by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the person listed below at the last known address set forth below:

        Wolff & Samson, PC
        One Boland Drive
        West Orange, NJ 07052

                                                                           _____
                                                                         NINA LOS

Sworn to before me this
25th day of October, 2007

_____

JUDITH A. PENNEY
Notary Public, State of New York
No. 01PE6146577
Qualified in New York County
Commission Expires May 22, 20_10_