UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- X

TOWN OF GREENBURGH,

                Plaintiff,

   - against -

SPECTRASERV., INC. AND LIBERTY MUTUAL INSURANCE
COMPANY,

                Defendants.

-------------------------------------------------------------------------------- X

Civil Action No.

07-CV-6966 (WCC)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

        NINA LOS, being duly sworn, deposes and says:

        1.  I am not a party to this action.  I am over 18 years of age and I reside in Brooklyn, New York.

        2.  On the 12th day of December, 2007, I served the within RULE 26 DISCLOSURES by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the person listed below at the last known address set forth below:

                Wolff & Samson, PC
                Attn: Darryl Weissman
                *Attorneys for Defendants*
                The Offices at Crystal Lake
                One Boland Drive
                West Orange, NJ 07052

                                        NINA LOS

Sworn to before me this
12th day of December, 2007

LILOWATIE LOCHAN
Notary Public State of New York
Qualified in Queens County
No. 01LO6031189
Commission Expires Sept. 27, 20 09