# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TOWN OF GREENBURGH,<br><br>Plaintiff,<br><br>vs.<br><br>SPECTRASERV, INC., and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 07-CV-6966 (WCC)<br><br>STIPULATION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all parties to the action, that Defendants Spectraserv, Inc. and Liberty Mutual Insurance Company shall file, on or before April 11, 2008, a third-party complaint against M.G. McLaren, P.C. and Dolph Rotfeld Engineering, PC., and that the requirement of a motion upon notice is hereby waived on consent of the parties.

Dated: March 10, 2008

**WOLFF & SAMSON PC**
Attorneys for Defendants Spectraserv,
Inc. and Liberty Mutual Insurance Company

By: _____
DARRYL WEISSMAN (DW-7369)

One Boland Drive
West Orange, NJ 07052
(973) 325-1500

**MAZUR, CARP & RUBIN, P.C.**
Attorneys for Plaintiff Town of
Greenburgh

By: _____
IRA M. SCHULMAN (IS-8452)

1250 Broadway, 38th Floor
New York, NY 10001
(212) 686-7700

SO ORDERED:

_____
WILLIAM C. CONNER, U.S.D.J.

Date March 14, 2008
White Plains, N.Y.

1119289.2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Copies e-mailed to counsel of record