**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

TOWN OF GREENBURGH,

          Plaintiff,

-against-

SPECTRASERVE, INC. and LIBERTY MUTUAL
INSURANCE COMPANY,

          Defendants.
-------------------------------------------------------X
SPECTRASERVE, INC. and LIBERTY MUTUAL
INSURANCE COMPANY,

          Third-Party Plaintiffs,

-against-

M.G. McLAREN, P.C. and DOLPH ROTFELD
ENGINEERING, P.C.,

          Third-Party Defendants.
-------------------------------------------------------X

ECF CASE
07 Civ. 6966 (WCC)

STIPULATION
ENLARGING TIME
TO RESPOND TO
THIRD-PARTY
COMPLAINT

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the defendants/third-party plaintiffs Spectraserve, Inc. and Liberty Mutual Insurance Company and the third-party defendant M.G. McLaren, P.C. that the time within which third-party defendant M.G. McLaren, P.C. is to respond to the Third-Party Complaint is enlarged up to and including June 2, 2008.

DATED:  Garden City, New York
         April 30, 2008

_____
WOLFF & SAMSON, P.C.
By: Darryl Weissman (DW-7369)
Attorneys for Defendants/Third-Party
Plaintiffs Spectraserve, Inc. and Liberty
Mutual Insurance Company
One Boland Drive
West Orange, NJ 07052
(973) 325-1500

_____
L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP
By: Martin A. Schwartzberg (MAS-6764)
Attorneys for Third-Party Defendant
M.G. McLaren, P.C.
1001 Franklin Avenue, 3rd Floor
Garden City, NY 11530
(516) 294-8844

SO ORDERED:

_____
U.S.D.C.J.
Dated: White Plains, NY
      May 2, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____