MAY.07.2008 12:50 12124229429     GOICK BYRNE                      #5641 P.003 /004

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TOWN OF GREENBURGH,                         Civil Action No. 07-CV-6966 (WCC)

        Plaintiff,                              ECF CASE

   -against-

SPECTRASERV, INC. and LIBERTY              STIPULATION EXTENDING
MUTUAL INSURANCE COMPANY,                  TIME TO APPEAR

        Defendants.


SPECTRASERV, INC. and LIBERTY
MUTUAL INSURANCE COMPANY,

        Third-Party Plaintiffs

   -against-

M.G. MCLAREN, P.C., and DOLPH
ROTFELD ENGINEERING, P.C.,

        Third-Party Defendants.
------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties hereto, that the time of the **Third Party Defendant, DOLPH ROTFELD ENGINEERING, P.C.**, to appear, answer, move or otherwise respond to the Complaint herein is hereby extended to and including June 5, 2008.

    Facsimile or electronically transmitted copies of this Stipulation shall have the same legal effect as originals.

Dated:  New York, New York
       May 7, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD for 3P-Δs
AND E-MAILED TO ALL OTHER COUNSEL

MAY.07.2008 12:50 12124229429    GOICK BYRNE    #5651 P 004 /004

GOGICK, BYRNE & O'NEILL, LLP
Attorneys for Third-Party
Defendant, DOLPH ROTFELD
ENGINEERS, P.C.

By: /s/ Kevin J. O'Neill
Kevin J. O'Neill (KJO-5113)
11 Broadway, Ste. 1560
New York, NY 10004-1314
(212) 422-9424

WOLFF & SAMSON, P.C.
Attorneys for Defendants
Third-Party Plaintiffs,
SPECTRASERV, INC. AND LIBERTY
MUTUAL INSURANCE COMPANY

By: /s/ Darryl Weissman
Darryl Weissman (DW-7369)
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052
(973) 325-1500

Dated: White Plains, NY
May 9, 2008

SO ORDERED: /s/ William C. Conner
WILLIAM C. CONNER, Senior U.S.D.J.