**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
TOWN OF GREENBURGH,

                     Plaintiff,

-against-

SPECTRASERV, INC. and LIBERTY MUTUAL
INSURANCE COMPANY,

                     Defendants.
----------------------------------------x
SPECTRASERV, INC. and LIBERTY MUTUAL
INSURANCE COMPANY,

                 Third-Party Plaintiffs,

-against-

M.G. McLAREN, P.C. and DOLPH ROTFELD
ENGINEERING, P.C.,

               Third-Party Defendants.
----------------------------------------x

ECF CASE
07 Civ. 6966 (WCC)

STIPULATION
ENLARGING TIME
TO RESPOND TO
THIRD-PARTY
COMPLAINT

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the defendants/third-party plaintiffs Spectraserv, Inc. and Liberty Mutual Insurance Company and the third-party defendants M.G. McLaren, P.C. and Dolph Rotfeld Engineering, P.C. that the time within which third-party defendants are to respond to the Third-Party Complaint is enlarged up to and including June 20, 2008.

DATED:  Garden City, New York
          May 28, 2008

_____
WOLFF & SAMSON, P.C.
By: Darryl Weissman (DW-7360)
Attorneys for Defendant/Third-Party
Plaintiffs Spectraserv, Inc. and Liberty
Mutual Insurance Company
One Boland Drive
West Orange, NJ 07052
(973) 325-1500

_____
GOGICK, BYRNE & O'NEILL, LLP
By: Kevin J. O'Neill (KJO-5113)
Attorneys for Third-Party Defendant Dolph
Rotfeld Engineering, P.C.
11 Broadway, Room 1560
New York, NY 10004-1314
(212) 422-9424

_____
L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP
By: Martin A. Schwartzberg (MAS-6764)
Attorneys for Third-Party Defendant
M.G. McLaren, P.C.
1001 Franklin Avenue, 3rd Floor
Garden City, NY 11530
(516) 294-8844

SO ORDERED: Dated: White Plains, NY
                              June 4, 2008

_____
Senior U.S.D.C.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

RECEIVED TIME JUN. 3. 10:05AM

for 3P △s
AND E-MAILED TO ALL OTHER
COUNSEL