UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   07 Civ. 6966
TOWN OF GREENBURGH,

                Plaintiff,                     **NOTICE OF MOTION TO**
                                                **DISMISS PURSUANT TO**
             against,                          **FED. CIV. RULE 12(b)(6)**

SPECTRASERV, INC. and LIBERTY MUTUAL
INSURANCE COMPANY,

                Defendants.
------------------------------------------------------------------X
SPECTRASERV, INC. and LIBERTY MUTUAL
INSURANCE COMPANY,

                Third-Party Plaintiffs,

              against,

M.G. McLAREN, P.C., and DOLPH ROTFELD
ENGINEERING, P.C.,

                Third-Party Defendants.
------------------------------------------------------------------X

**NOTICE IS GIVEN** that upon the Affirmation of MARK R. MCCAULEY, ESQ dated July 9, 2008, the Exhibits annexed thereto, and upon all the prior pleadings and proceedings heretofore had herein, third-party defendant DOLPH ROTFELD ENGINEERING, P.C. will move this Court at the Southern District of New York, 300 Quarropas St., Room 620, White Plains, NY 10601 for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Third-party Plaintiff's Complaint as against DOLPH ROTFELD ENGINEERING, P.C.

DATED:  New York, New York
            July 9, 2008

                              Yours, etc.,
                              **GOGICK, BYRNE & O'NEILL, LLP**
                              Attorneys for Third-Party Defendant:
                              DOLPH ROTFELD ENGINEERING, P.C.

                              _/s/ Mark R. McCauley_
                              By: Mark R. McCauley (MM-0539)
                              11 Broadway, Suite 1560
                              New York, New York 10004
                              Tel. No.: (212) 422-9424

TO:

| | |
|---|---|
| Ira M. Schulman, Esq. (IS-8452)<br>Mazur, Carp & Rubin, P.C.<br>1250 Broadway, 38th Floor<br>New York, NY 10001<br>Phone (212) 686-7700<br><br>Attorneys for Town of Greenburgh<br><br>Darryl Weissman, Esq. (DW-7369)<br>Wolf & Samson, PC<br>One Boland Drive<br>West Orange, New Jersey 07052<br>Phone (973) 325-1500<br><br>Attorneys for Spectraserv, Inc. and<br>Liberty Mutual Insurance Company | Martin Schwartzberg, Esq.<br>L'Abbate, Balkan, Colavita & Contini<br>1001 Franklin Avenue<br>Garden City, NY  11530<br><br>Attorneys for M.G. MCLAREN, P.C. |