UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X   07 Civ. 6966
TOWN OF GREENBURGH,

                Plaintiff,                        **MOTION TO DISMISS PURSUANT TO FED CIV. P. 12(b)(6)**

      against,

SPECTRASERV, INC. and LIBERTY MUTUAL
INSURANCE COMPANY,

                Defendants.
----------------------------------------------------------------X
SPECTRASERV, INC. and LIBERTY MUTUAL
INSURANCE COMPANY,

                Third-Party Plaintiffs,

      against,

M.G. McLAREN, P.C., and DOLPH ROTFELD
ENGINEERING, P.C.,

                Third-Party Defendants.
----------------------------------------------------------------X

## RELIEF SOUGHT

Third-party defendant Dolph Rotfeld Engineering, PC respectfully submits this motion pursuant to Fed. R. Civ. P. 12(b)(6) for an Order dismissing the third-party complaint of Spectraserv, Inc. and Liberty Mutual Insurance Company.

## GROUNDS FOR RELIEF

The motion is made on the ground that this third-party complaint fails to state a claim on which relief may be granted. As is more fully explained in the accompanying Memorandum of Law:

1. Third-party plaintiff's claims of negligence and tortuous interference are barred by CPLR §214(4),(6), the applicable statutes of limitations, and

2. Third-party plaintiff's tortious interference claim should be dismissed as a matter of law as an agent cannot be held liable for inducing its principal to breach a contract with a third party.

The court granted third-party defendant Dolph Rotfeld Engineering, PC permission to make the instant motion at a pre-motion conference on June 20, 2008.

## **RECORD SUPPORTING MOTION**

This motion is based on the following documents:

1. the attached Notice of Motion;

2. the accompanying Memorandum of Law;

3. the Complaint of the Town of Greenburgh (Attached as Exhibit A);

4. the Third-party Complaint of Spectraserv and Liberty Mutual Insurance Company; (Attached as Exhibit B)

5. the Answer and Counterclaim of Spectraserv and Liberty Mutual Insurance Company (Attached as Exhibit C)

**WHEREFORE**, DOLPH ROTFELD ENGINEERING, P.C. respectfully requests that the Court issue an Order dismissing Third-Party Plaintiffs SPECTRASERV, INC. and LIBERTY

MUTUAL INSURANCE COMPANY Third Party Complaint against DOLPH ROTFELD ENGINEERING, P.C.; or issuing any other relief the court deems just and proper.

Dated: New York, New York
July 9, 2008

                        Yours, etc.,
                        **GOGICK, BYRNE & O'NEILL, LLP**
                        Attorneys for Third-Party Defendant:
                        DOLPH ROTFELD ENGINEERING, P.C.

                        By: Kevin J. O'Neill (5113)
                        11 Broadway, Suite 1560
                        New York, New York 10004
                        Tel. No.: (212) 422-9424

To:

| | |
|---|---|
| Ira M. Schulman, Esq. (IS-8452)<br>Mazur, Carp & Rubin, P.C.<br>1250 Broadway, 38th Floor<br>New York, NY 10001<br>Phone (212) 686-7700<br><br>Attorneys for Town of Greenburgh<br><br>Darryl Weissman, Esq. (DW-7369)<br>Wolf & Samson, PC<br>One Boland Drive<br>West Orange, New Jersey 07052<br>Phone (973) 325-1500<br><br>Attorneys for Spectraserv, Inc. and<br>Liberty Mutual Insurance Company | Martin Schwartzberg, Esq.<br>L'Abbate, Balkan, Colavita & Contini<br>1001 Franklin Avenue<br>Garden City, NY 11530<br><br>Attorneys for M.G. MCLAREN, P.C. |