UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TOWN OF GREENBURGH,

                      Plaintiff,

   -against-

SPECTRASERV, INC. and LIBERTY MUTUAL
INSURANCE COMPANY,

                      Defendants.
-----------------------------------------------------------------------X
SPECTRASERV, INC. and LIBERTY MUTUAL
INSURANCE COMPANY,

                      Third-Party Plaintiffs,

   -against-

M.G. McLAREN, P.C. and DOLPH ROTFELD
ENGINEERING, P.C.,

                      Third-Party Defendants.
-----------------------------------------------------------------------X

**ECF CASE**
07 Civ. 6966 (WCC)

**NOTICE OF MOTION**

S I R S :

       PLEASE TAKE NOTICE, that upon the annexed Declaration of Malcolm G. McLaren, P.E. executed on July 1, 2008 with exhibits thereto, the annexed Declaration of Martin A. Schwartzberg, Esq. dated July 11, 2008 with exhibits thereto, the memorandum of law, exhibits and the pleadings and proceedings herein, the undersigned will move this Court, before the Honorable William C. Conner, on a date to be determined by the Court at the courthouse located at 300 Quarropas Street, Courtroom 630, White Plains, New York, for an Order pursuant to F.R.C.P. 12(b)(6) and F.R.C.P. 56(b) seeking dismissal of the Third-Party Complaint in its entirety; and for such other and further relief that this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Local Rule 6.1(b) of this Court, opposing affidavits and answering memoranda shall be served within ten (10) business days after service of the moving papers.

DATED: Garden City, New York
July 11, 2008

Respectfully submitted,

L'ABBATE, BALKAN, COLAVITA
& CONTINI, L.L.P.
Attorneys for Third-Party Defendant
M.G. McLaren, P.C.

By: *[signature]*
MARTIN A. SCHWARTZBERG (MAS-6764)
Office & P.O. Address
1001 Franklin Avenue, 3rd Floor
Garden City, NY 11530
(516) 294-8844

TO: MAZUR, CARP & RUBIN, P.C.
Attorneys for Plaintiff
1250 Broadway, Suite 3800
New York, NY 10001

WOLFF & SAMSON, P.C.
Attorneys for Defendants/Third-Party Plaintiffs
One Boland Drive
West Orange, NJ 07052

GOGICK, BYRNE & O'NEILL, LLP
Attorneys for Third-Party Defendant Dolph Rotfeld Engineering, P.C.
11 Broadway, Room 1560
New York, NY 10004-1314

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                                  ) ss.:
COUNTY OF NASSAU )

KAREN A. STAUDT, being duly sworn, deposes and says that deponent is not a party to the within action, is over 18 years of age and resides in Suffolk County, New York.

That on the 11th day of July, 2008, deponent served the within NOTICE OF MOTION with SUPPORTING PAPERS upon:

MAZUR, CARP & RUBIN, P.C.                WOLFF & SAMSON, P.C.
Attys for Plaintiff                                   Attys for Defts/3rd-Party Plaintiffs
1250 Broadway, Suite 3800              One Boland Drive
New York, NY 10001                          West Orange, NJ 07052

GOGICK, BYRNE & O'NEILL, LLP
Attys for 3rd-Party Deft Rotfeld
11 Broadway, Room 1560
New York, NY 10004-1314

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
KAREN A. STAUDT

Sworn to before me this
11th day of July, 2008

_____
Notary Public

MARTIN A. SCHWARTZBERG
Notary Public, State of New York
No. 02SC4959786
Qualified in Nassau County
Commission Expires December 11, 2009

R:\CPWin\History\080102_0001\10526.2C