# M. G. McLAREN, P.C.

*Consulting Engineers*
100 Snake Hill Road
West Nyack, NY 10994
Phone (845) 353-6400
FAX    (845) 353-6509

TO:  Dolph Rotfeld Engineering, P.C.
200 White Plains Road
Tarrytown, NY 10591
(914) 631-8600

## LETTER OF TRANSMITTAL OF SHOP DRAWINGS

| Date: | 20-Nov-00 |
|---|---|
| Job No.: | 99010 |
| Project: | Contact Tank - Greenburgh, NY |
| Attention: | Mr. Michael Stein |
| Vendor: | D-M Steel Services, Inc. |

WE ARE SENDING YOU    [x] Attached    [ ] Under separate cover vi _____ FedEx - Std _____ the following items:
[x] Shop Drawings    [x] Prints (P)    [ ] Sepias (S)    [ ] Samples    [ ] Specifications
[ ] Copy of letter    [ ] Change order    [ ] Other

| COPIES | DATE | NO. | ACTION | F/DNF | DESCRIPTION |
|---|---|---|---|---|---|
| 6 | 11/13/00 | - | 1 | F | Roof Hatches |

**Action**
1 - Submission is in general conformance with design concept.
2 - Submission is in general conformance with design concept, except as noted.
3 - Revise and resubmit.
4 - Submission is rejected for non conformance with design concept.

F - Fabrication May Proceed.
DNF - Do Not Fabricate.
[ ] Resubmit _____ copies for approval
[ ] Submit _____ copies for distribution
[ ] Return _____ corrected prints

**NOTE**: It is the contractor's responsibility to confirm and correlate all quantities, dimensions and sizes of existing conditions, and to assure that the sizes indicated on the submittals will align and fit with existing conditions. Our review is for general conformance with the design concept and contract documents.
    Any substitutions approved as a replacement from that specified in the original contract documents are approved at no increase in the contract price. Substitutions do not relieve the contractor from complying with the original intent and requirements of the contract documents. Any additions, deletions or changes indicated on the drawings represent necessary modifications required to meet contract requirements and shall be performed at no increase in the contract price.

**REMARKS**: _____

CC:    MGM
DAT
File    *If enclosures are not as noted, kindly notify us at once.*

SIGNED: _____ Diego Torres

p:proj99\99010\transhop.xls