DISTRIBUTION:    __ARCHITECT          __FIELD          __CONTRACTOR OFFICE
                 __MECH/ELEC ENG.     __OWNER          __FILE

## FIELD REPORT

M. G. McLaren, P. C.
*Consulting Engineers*
100 Snake Hill Road
West Nyack, NY  10994


PROJECT:    Contact Tank, Town of Greenburg          FIELD REPORT NO: 01
                                                     ENGINEER'S PROJECT NO:    99010


Date:    January 21, 2003                            Weather: Sunny
Time:                                                Temp. Range: 15°


Work in Progress:                                    Present at Site:
                                                     Tony Capicotto, Dolph Rothfeld
                                                     Michael McGarvey, P.E. Town Eng. Greenberg
                                                     Phil Gonnella, Tnemec
                                                     Stephen Wells, Spectra (applicator for materials
                                                         inside tank)
                                                     W. Richard Mahoney, M. G. McLaren, P.C.


REPORT BY:  W. Richard Mahoney, P.E.


OBSERVATIONS:

I made a field visit because there were reports that there were leaks in the tanks while they were testing the tank.

It as noted by Mike McGarvey that there was some movement of air and water through the tank on the top of the slab which would indicate that the coating inside the tank for the top slab was not a complete coating. There must have been some cracks in it. There was also an indication that water was moving between the construction joint between the wall and the top slab.


cc:   99010

P:\Proj99\99010\FldRpt01 01-21-03.DOC