DISTRIBUTION:    __ARCHITECT          __FIELD          __CONTRACTOR OFFICE
                 __MECH/ELEC ENG.     __OWNER          __FILE

## FIELD REPORT

M. G. McLaren, P. C.
*Consulting Engineers*
100 Snake Hill Road
West Nyack, NY 10994

PROJECT:    Contact Tank, Town of Grreenburg          FIELD REPORT NO: 02
                                                      ENGINEER'S PROJECT NO:    99010

Date:    March 12, 2003                               Weather: Sprinkling
Time:    2:00 PM                                      Temp. Range: 55°

Work in Progress:                                     Present at Site:
                                                      Tony Capicotto, Dolph Rothfeld
                                                      Town Eng. Greenberg representatives
                                                      KIM representatives
                                                      A waterproofing group
                                                      Stephen Wells, Spectra (applicator for materials
                                                          inside tank)
                                                      W. Richard Mahoney, M. G. McLaren, P.C.

REPORT BY:  W. Richard Mahoney, P.E.

OBSERVATIONS:

I visited the site for a test where the tank was filled up.

We waited quite a while until the tank was fully pressurized. Water started to seep through hairline cracks on the top surface of the tank. There was one crack at the south-east side of the tank, very close by to where we had noted that there was concrete that had seeped through formwork cracks when the roof slab was formed up to the wall on the previous visit to the site. The crack that formed would have been directly above the water stop. Water was bubbling up through this crack and projected two to three inches above the surface of the slab in several areas. The Town of Greenberg is asking for a proposal from the folks from KIM to repair some of the cracks that are in the slabs. Primarily, the cracks are at the construction joints. The representatives from KIM will give them a proposal to entirely coat the surface of the slab with their product which will grow into the slab and densify the slab, blocking off any water penetration through the hairline cracks.

CC:    99010    P:\Proj99\99010\FldRpt02 03-12-03.DOC