DISTRIBUTION:   __ARCHITECT           __FIELD           __CONTRACTOR OFFICE
                __MECH/ELEC ENG.      __OWNER          __FILE

## FIELD REPORT

M. G. McLaren, P. C.
*Consulting Engineers*
100 Snake Hill Road
West Nyack, NY  10994

PROJECT:   Contact Tank, Town of Greenburg          FIELD REPORT NO:  03
                                                    ENGINEER'S PROJECT NO:    99010

Date:       November 12, 2003                       Weather: Overcast – It had rained earlier and
                                                             the slab was very damp
Time:       10:11 AM                                Temp. Range: 60°

Work in Progress:                                   Present at Site:
                                                    Mike Stein, Dolph Rothfeld
                                                    Ken, Town of Greenberg
                                                    A waterproofing group
                                                    Louie, Spectra Serve (Contractor)
                                                    W. Richard Mahoney, M. G. McLaren, P.C.

REPORT BY:  W. Richard Mahoney, P.E.

OBSERVATIONS:

Louie of Spectra Serve brought the pressure inside the tank up to approximately 10 psi and he did this by using a fire hose connected to a fire hydrant to introduce more water into the tank and to bring the pressure up. Along the southeast side there was a crack that had formed and water projected up above the crack as much as above 18" to 2'. This was at the top of the slab. This crack formed on the southeast side of the slab approximately 4 or 5" from the edge of the slab. That portion of the tank was buried pretty much up to grade level by the earth, but as we worked our way towards the north end of the tank the earth elevation dropped away from the top of the tank and the construction joint between the slab and the wall was revealed. There were cracks there where water was streaming out of those cracks. As we walked around to the west side of the tank, there were cracks evident along the north side of the crack that had water that was coming out of cracks. On the west side of the tank there were cracks along the top of the tank that water was projecting above the cracks and the construction joint between the slab and the wall had water streaming out of those cracks as well. There were also some cracks in the KIM coating, that were reported to have formed today, on the west side of the tank, in a north south fashion, perpendicular to the span of the slab that were located at about 1-1/2' intervals from the crack along the edge of the slab. These cracks extended from the northern portion of the tank

Contact Tank, Greenburg  
MGM File No. 99010

Page 2  
November 12, 2003

to the southern portion of the tank, pretty much along that whole edge. There were three or four of those hairline cracks. There was no evidence of leaks at these cracks. There was also evidence of water seeping up through hairline cracks at the top of the tank. They were identified by bubbles at the top of the tank. I told Mike Stein that we would have to come up with a additional probing of the tank to find out the extent of the damage. I said it did not appear as if the water stop was working at the two areas where these cracks had formed along the edge of the tank..

cc:   MGM

99010   P:\Proj99\99010\FldRpt02 03-12-03.DOC