UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X  07 Civ. 6966
TOWN OF GREENBURGH,

                Plaintiff,                              **REPLY AFFIRMATION**

    against,

SPECTRASERV, INC. and LIBERTY MUTUAL
INSURANCE COMPANY,

                Defendants.
------------------------------------------------------------------------X
SPECTRASERV, INC. and LIBERTY MUTUAL
INSURANCE COMPANY,

                Third-Party Plaintiffs,

    against,

M.G. McLAREN, P.C., and DOLPH ROTFELD
ENGINEERING, P.C.,

                Third-Party Defendants.
------------------------------------------------------------------------X

## RELIEF SOUGHT

Third-party defendant Dolph Rotfeld Engineering, PC initially made its motion pursuant to Fed. R. Civ. P. 12(b)(6) for an Order dismissing the third-party complaint of Spectraserv, Inc. and Liberty Mutual Insurance Company. In its Affirmation in Opposition, plaintiff submits extrinsic evidence, including affidavits and documents. Consequently, Dolph Rotfeld Engineering respectfully requests grant a motion pursuant to Fed. R. Civ. P. 56(b) in addition to Fed. R. Civ. P. 12(b)(6).

## **GROUNDS FOR RELIEF**

The motion is made on the ground that this third-party complaint fails to state a claim on which relief may be granted. As is more fully explained in the accompanying Memorandum of Law:

1. Third-party plaintiff's claims of negligence and tortuous interference are barred by CPLR §214(4),(6), the applicable statutes of limitations, and

2. Third-party plaintiff's tortious interference claim should be dismissed as a matter of law as an agent cannot be held liable for inducing its principal to breach a contract with a third party.

The court granted third-party defendant Dolph Rotfeld Engineering, PC permission to make the instant motion at a pre-motion conference on June 20, 2008.

## **RECORD SUPPORTING MOTION**

This motion is based on the following documents:

1. the attached Notice of Motion;

2. the accompanying Memorandum of Law;

3. the Complaint of the Town of Greenburgh (Attached as Exhibit A);

4. the Third-party Complaint of Spectraserv and Liberty Mutual Insurance Company; (Attached as Exhibit B)

5. the Answer and Counterclaim of Spectraserv and Liberty Mutual Insurance Company (Attached as Exhibit C)

**WHEREFORE**, DOLPH ROTFELD ENGINEERING, P.C. respectfully requests that the Court issue an Order dismissing Third-Party Plaintiffs SPECTRASERV, INC. and LIBERTY MUTUAL INSURANCE COMPANY Third Party Complaint against DOLPH ROTFELD ENGINEERING, P.C.; or issuing any other relief the court deems just and proper.

Dated: New York, New York
August 7, 2008

Yours, etc.,
**GOGICK, BYRNE & O'NEILL, LLP**
Attorneys for Third-Party Defendant:
DOLPH ROTFELD ENGINEERING, P.C.

By: Kevin J. O'Neill (5113)
11 Broadway, Suite 1560
New York, New York 10004
Tel. No.: (212) 422-9424

To:

Ira M. Schulman, Esq. (IS-8452)
Mazur, Carp & Rubin, P.C.
1250 Broadway, 38th Floor
New York, NY 10001
Phone (212) 686-7700

Attorneys for Town of Greenburgh

Darryl Weissman, Esq. (DW-7369)
Wolf & Samson, PC
One Boland Drive
West Orange, New Jersey 07052
Phone (973) 325-1500

Attorneys for Spectraserv, Inc. and
Liberty Mutual Insurance Company

Martin Schwartzberg, Esq.
L'Abbate, Balkan, Colavita & Contini
1001 Franklin Avenue
Garden City, NY 11530

Attorneys for M.G. MCLAREN, P.C.